# EXHIBIT D

Hon. Nicholas B. Straley

**SUPERIOR COURT OF THE STATE OF WASHINGTON
FOR KING COUNTY**

| | |
|---|---|
| **GLEN BEACH and TANA BEACH,**<br><br>Plaintiffs,<br><br>vs.<br><br>**TEXACO INC.; BERRYMAN PRODUCTS, INC.; THE SAVOGRAN COMPANY; W.M. BARR & COMPANY, INC.; UNION OIL COMPANY OF CALIFORNIA, Successor-in-Interest to American Mineral Spirits Company; ASHLAND, INC.; ASHLAND CHEMCO, LLC; HOUGHTON CHEMCIAL CORPORATION; UNITED STATES STEEL CORPORATION; SHELL US, INC.; UNIVAR SOLUTIONS USA, LLC; PPG INDUSTRIES, INC.; THE SHERWIN-WILLIAMS COMPANY, Successor-in-Interest to Dupli-Color, Inc.**<br><br>Defendants. | Case No.: 25-2-11766-9 SEA<br><br>**FIRST AMENDED COMPLAINT FOR DAMAGES**<br><br>**[Clerk's Action Required]** |

Plaintiffs GLEN BEACH and TANA BEACH allege as follows:

### I. VENUE AND JURISDICTION

**1.1** Jurisdiction is appropriate in this Court by reason of RCW 2.08.010.

FIRST AMENDED COMPLAINT
FOR DAMAGES – Page 1 of 17

**WATERS KRAUS PAUL & SIEGEL LLC**
3141 HOOD STREET, SUITE 700
DALLAS, TEXAS 75219
(214) 357-6244 - FACSIMILE (214) 357-7252

**1.2** Venue in King County, Washington is proper under RCW 4.12.020 and .025 in that defendants conduct business in King County. Venue is proper in King County, Washington pursuant to RCW 4.12.025, because one or more of the Defendants, including but not limited to TEXACO INC., SHELL US, INC., PPG INDUSTRIES, INC. and THE SHERWIN-WILLIAMS COMPANY are considered to reside in King County, Washington by virtue of conducting business in King County, Washington.

**1.3** Personal jurisdiction over defendants has been or will be obtained by service of process effected pursuant to 4.28.080. Specific personal jurisdiction exists over each and every Defendant because they purposefully availed themselves of the rights and protections of the State of Washington and because they committed tortious acts that form the basis for the Plaintiffs' cause of action in the State of Washington by exposing the GLEN BEACH to gasoline and benzene in the State of Washington.

**1.4** There is no diversity of citizenship. Defendants ASHLAND, LLC, UNIVAR SOLUTIONS USA, LLC and ENERGY TRANSFER (R&M), LLC are limited liability companies which, upon information and belief, have at least one unit holder which is a citizen of Mississippi.

## II.  PARTIES

**2.1** Plaintiffs GLEN BEACH and TANA BEACH are citizens of the State of Mississippi and live in Pearlington, Mississippi.

**2.2** Defendant **TEXACO INC.**, is a Delaware Corporation with its principle place of business located in San Ramon, California, and at all times relevant herein was and is

FIRST AMENDED COMPLAINT FOR DAMAGES – Page 2 of 17

WATERS KRAUS PAUL & SIEGEL LLC
3141 HOOD STREET, SUITE 700
DALLAS, TEXAS 75219
(214) 357-6244 - FACSIMILE (214) 357-7252

doing business in the State of Washington and in King County, and may be served with process by serving its registered agent: Prentice Hall Corporation System, 300 Deschutes Way SW, Suite 304, Tumwater, WA 98501. Defendant manufactured, produced, processed, marketed, distributed and sold benzene-containing gasoline and benzene-containing Texaco Rubber Repair Kit.

**2.3** Defendant **BERRYMAN PRODUCTS, INC.** is a Texas Corporation with its principal place of business located in Arlington, Texas, and at all times relevant herein was and is doing business in the State of Washington and in King County, and may be served with process at its headquarters, 3800 E. Randol Mill Road, Arlington, Texas, 76011. Defendant manufactured, produced, processed, marketed, distributed and sold benzene-containing B-12 Chemtool.

**2.4** Defendant **THE SAVOGRAN COMPANY** is a Massachusetts Corporation with its principal place of business in Norwood, Massachusetts, and at all times relevant herein was and is doing business in the State of Washington and in King County, and may be served with process on its President, Mark Monique, 34 Miller Ave, Framingham, Massachusetts 01702. Defendant manufactured, produced, processed, marketed, distributed and sold benzene-containing Kutzit.

**2.5** Defendant **W.M. BARR & COMPANY, INC.** is a Tennessee Corporation with its principal place of business in Memphis, Tennessee , and at all times relevant herein was and is doing business in the State of Washington and in King County, and may be served with process at its headquarters located at 1715 Aaron Brenner Drive, Suite 600, Memphis,

FIRST AMENDED COMPLAINT FOR DAMAGES – Page 3 of 17

WATERS KRAUS PAUL & SIEGEL LLC
3141 HOOD STREET, SUITE 700
DALLAS, TEXAS 75219
(214) 357-6244 - FACSIMILE (214) 357-7252

Tennessee. Defendant manufactured, produced, processed, marketed, distributed and sold benzene-containing Klean Kutter

**2.6** Defendant **UNION OIL COMPANY OF CALIFORNIA** is a California Corporation with its principle place of business located in San Ramon, California, and at all times relevant herein was and is doing business in the State of Washington and in King County, and may be served with process by serving its registered agent: Corporation Service Company, 300 Deschutes Way SW, Suite 304, Tumwater, WA 98501. Defendant manufactured, produced, processed, marketed, distributed and sold benzene which was used as an ingredient in B-12 Chemtool, Kutzit and Klean Kutter, and benzene-containing solvents ingredients used in EIDP, Inc. automotive paint and solvent products. Defendant also blended B-12 Chemtool.

**2.5** Defendant **ASHLAND INC.** is a Delaware Corporation with its principal place of business in Wilmington, Delaware, and at all times relevant herein was and is doing business in the State of Washington and in King County, and may be served with process by serving its registered agent: CT Corporation System, 1801 West Bay Drive NW, Suite 206, Olympia, WA 98502. Defendant manufactured, produced, processed, marketed, distributed and sold benzene which was used as an ingredient in B-12 Chemtool, Kutzit and Klean Kutter, and benzene-containing solvents ingredients used in EIDP, Inc. automotive paint and solvent products. Defendant also blended B-12 Chemtool.

**2.6** Defendant **ASHLAND CHEMCO INC.** Successor-by-Merger to Ashland LLC is a Delaware Corporation with its principal places of business located in Covington,

FIRST AMENDED COMPLAINT
FOR DAMAGES – Page 4 of 17

WATERS KRAUS PAUL &
SIEGEL LLC
3141 HOOD STREET, SUITE 700
DALLAS, TEXAS 75219
(214) 357-6244 - FACSIMILE (214) 357-7252

Kentucky, and at all times relevant herein was and is doing business in the State of Washington and in King County, and may be served with process by serving its principal place of business: 50 E. Riverside Boulevard, P.O. Box 391, Covington, Kentucky 41012. Defendant manufactured, produced, processed, marketed, distributed and sold benzene which was used as an ingredient in B-12 Chemtool, Kutzit and Klean Kutter, and benzene-containing solvents ingredients used in EIDP, Inc. automotive paint and solvent products. Defendant also blended B-12 Chemtool.

**2.7** Defendant **HOUGHTON CHEMICAL CORPORATION**, is Massachusetts Corporation with its principal place of business in Allston, Massachusetts, and at all times relevant herein was and is doing business in the State of Washington and in King County, and may be served with process by serving its principal place of business: 52 Cambridge Street, Allston, Massachusetts 02134. Defendant manufactured, produced, processed, marketed, distributed and sold benzene which was used as an ingredient in Kutzit.

**2.8** Defendant **UNITED STATES STEEL CORPORATION**, is a Delaware Corporation with its principle place of business located in Pittsburgh, Pennsylvania, and at all times relevant herein was and is doing business in the State of Washington and in King County, and may be served with process by serving its registered agent: Corporation Service Company, 300 Deschutes Way SW, Suite 304, Tumwater, WA 98501. Defendant manufactured, produced, processed, marketed, distributed and sold Raffinate which comprised approximately 90% of the chemical content of Liquid Wrench.

FIRST AMENDED COMPLAINT
FOR DAMAGES – Page 5 of 17

WATERS KRAUS PAUL &
SIEGEL LLC
3141 HOOD STREET, SUITE 700
DALLAS, TEXAS 75219
(214) 357-6244 - FACSIMILE (214) 357-7252

**2.9** Defendant **SHELL US, INC.**, is a Delaware Corporation with its principle place of business located in Houston, Texas, and at all times relevant herein was and is doing business in the State of Washington and in King County, and may be served with process by serving its registered agent: CT Corporation System, 1801 West Bay Drive NW, Suite 206, Olympia, WA 98502. Defendant manufactured, produced, processed, marketed, distributed and sold benzene-containing solvent ingredients used in PPG Industries, Inc. automotive paint and solvent products, EIDP, Inc. automotive paint and solvent products and The Sherwin-Williams Company automotive paint and solvent products.

**2.10** Defendant **UNIVAR SOLUTIONS USA, LLC** is a Washington limited liability company with its principle place of business located in Downers Grove, Illinois, and at all times relevant herein was and is doing business in the State of Washington and in King County, and may be served with process by serving its registered agent: Corporation Service Company, 300 Deschutes Way SW, Suite 304, Tumwater, WA 98501. Defendant manufactured, produced, processed, marketed, distributed and sold benzene-containing solvent ingredients used in B-12 Chemtool, PPG Industries, Inc. automotive paint and solvent products, EIDP, Inc. automotive paint and solvent products and The Sherwin-Williams Company automotive paint and solvent products.

**2.11** Defendant **PPG INDUSTRIES, INC.** is a Pennsylvania Corporation with its principle place of business located in Pittsburgh, Pennsylvania, and at all times relevant herein was and is doing business in the State of Washington and in King County, and may be served with process by serving its registered agent: Prentice Hall Corporation System, 300

FIRST AMENDED COMPLAINT
FOR DAMAGES – Page 6 of 17

WATERS KRAUS PAUL &
SIEGEL LLC
3141 HOOD STREET, SUITE 700
DALLAS, TEXAS 75219
(214) 357-6244 - FACSIMILE (214) 357-7252

Deschutes Way SW, Suite 208 CSC1, Tumwater, WA 98501. Defendant manufactured, produced, processed, marketed, distributed and sold benzene-containing automotive paints and solvents, including but not limited to primers, wax and grease removers, lacquer paints, lacquer thinners, enamel paints, enamel reducers, polyurethane paints, polyurethane reducers, and wax and grease removers.

2.12  Defendant **THE SHERWIN-WILLIAMS COMPANY** is a Ohio Corporation with its principle place of business in Cleveland, Ohio, and at all times relevant herein was and is doing business in the State of Washington and in King County, and may be served with process by serving its registered agent: Corporation Service Company, 300 Deschutes Way SW, Suite 304, Tumwater, WA 98501. Defendant manufactured, produced, processed, marketed, distributed and sold benzene-containing automotive paints and solvents, including but not limited to primers, wax and grease removers, lacquer paints, lacquer thinners, enamel paints, enamel reducers, polyurethane paints, polyurethane reducers, and wax and grease removers.

2.13  Defendant **EIDP, INC. f/k/a E.I. du Pont de Nemours & Co.** is a Delaware corporation with its principal place of business in Wilmington, Delaware, and at all times relevant herein was and is doing business in the State of Washington and in King County, and may be served with process by serving its registered agent: CT Corporation System, 1801 West Bay Drive NW, Suite 206, Olympia, WA 98502. Defendant manufactured, produced, processed, marketed, distributed and sold benzene-containing automotive paints and solvents, including but not limited to primers, wax and grease removers, lacquer paints,

FIRST AMENDED COMPLAINT FOR DAMAGES – Page 7 of 17

WATERS KRAUS PAUL & SIEGEL LLC
3141 HOOD STREET, SUITE 700
DALLAS, TEXAS 75219
(214) 357-6244 - FACSIMILE (214) 357-7252

lacquer thinners, enamel paints, enamel reducers, polyurethane paints, polyurethane reducers, and wax and grease removers.

## III. FACTS

**3.1** Plaintiff Glen Beach worked as a gasoline station attendant and automotive mechanic at a Texaco gasoline station in Wapato, Washington at times between 1970 and 1974. His duties included, among others, pumping gasoline, taking inventory of gasoline storage tanks, cleaning parts, repairing tires and performing mechanical work.

**3.2** During this time and in the course of his work, Plaintiff was exposed on a daily basis to benzene-containing Texaco gasoline, Texaco Rubber Repair Kit, B-12 Chemtool, Liquid Wrench and other benzene-containing products (hereinafter "Products"), through inhalation, breathing, smelling and/or dermal absorption by direct skin contact with the Products and clothing contaminated with the Products, all of which were distributed, supplied, marketed, refined and/or manufactured by Defendants named above.

**3.3** Plaintiff Glen Beach performed non-occupational automotive mechanical work and built and painted hot rods, motor cycles and other vehicles while living in Wapato, Washington from 1970 to 1974. During this time and in the course of these activities, Plaintiff was regularly and frequently exposed to benzene-containing Texaco gasoline, Texaco Rubber Repair Kit, B-12 Chemtool, Liquid Wrench, Savogran Kutzit, Savogran lacquer thinner, W.M. Barr Klean Kutter, duPont Lucite lacquer paints and lacquer thinner, duPont Imron paint and reducer, PPG Deltron lacquer paints and lacquer thinner, Sherwin-Williams Martin Senour lacquer paints and lacquer thinner, VHT aerosol paints, Dupli-Color

FIRST AMENDED COMPLAINT
FOR DAMAGES – Page 8 of 17

WATERS KRAUS PAUL &
SIEGEL LLC
3141 HOOD STREET, SUITE 700
DALLAS, TEXAS 75219
(214) 357-6244 - FACSIMILE (214) 357-7252

aerosol paints and other benzene-containing products (hereinafter "Products"), through inhalation, breathing, smelling and/or dermal absorption by direct skin contact with the Products and clothing contaminated with the Products, all of which were distributed, supplied, marketed, refined and/or manufactured by Defendants named above.

**3.4** Plaintiff Glen Beach performed mechanical work at motorcycle and automotive repair shops Models Unlimited, Coppers Coat, Texas, Whatley's Motorcycles in Coppers Coat, Texas and Killeen Suzuki in Killeen, Texas from 1975 to 1978; Lone Star Cycle in Austin, Texas from 1979 to 1982; Village Toyota, in Austin, Texas from 1983 to 1987; Crown Motors Toyota in Round Rock, Texas from 1988 to 1995; Japanese Auto Performance in Austin, Texas from 2000 to 2002; Crown Automotive in Austin, Texas from 2003 to 2005; Street Toyota from 2006 to 2007; automotive repair shops in the New Orleans area including Harvey Ford from October, 2010 to November, 2011; automotive repair shops in Albuquerque, New Mexico including Rich Ford from December, 2011 to July, 2012; custom hot rod and automotive repair shop in Round Rock, Texas from July, 2012 to September, 2014; Academy Car Care and Repair in Colorado Springs, from September, 2014 to February, 2015; Springs Auto and Truck in Colorado Springs, Colorado from February, 2015 to September, 2015; and Auto Medic, in Mandeville, Louisiana in December, 2015 to December, 2016.

**3.5** During this time and in the course of these activities, Plaintiff was regularly and frequently exposed to benzene-containing B-12 Chemtool, Liquid Wrench, Kutzit, Klean Kutter, and other benzene-containing products (hereinafter "Products"), through inhalation,

FIRST AMENDED COMPLAINT
FOR DAMAGES – Page 9 of 17

WATERS KRAUS PAUL &
SIEGEL LLC
3141 HOOD STREET, SUITE 700
DALLAS, TEXAS 75219
(214) 357-6244 - FACSIMILE (214) 357-7252

breathing, smelling and/or dermal absorption by direct skin contact with the Products and clothing contaminated with the Products, all of which were distributed, supplied, marketed, refined and/or manufactured by Defendants named above.

**3.6** Plaintiff Glen Beach performed non-occupational automotive mechanical work and built and painted hot rods, motor cycles and other vehicles from 1975 to 2016. During this time and in the course of these activities, Plaintiff was regularly and frequently exposed to benzene-containing B-12 Chemtool, Liquid Wrench, Kutzit, Klean Kutter and other benzene-containing products (hereinafter "Products"), through inhalation, breathing, smelling and/or dermal absorption by direct skin contact with the Products and clothing contaminated with the Products, all of which were distributed, supplied, marketed, refined and/or manufactured by Defendants named above.

**3.7** As the direct and proximate result of the Defendants' wrongful conduct, Glen Beach contracted the cancer Myelodysplastic Syndrome (MDS) and was diagnosed with MDS on or about November 28, 2024.

**3.8** Defendants failed to inform the users of their Products that gasoline is carcinogenic and that their Products contained a known human carcinogen, i.e. benzene, and that inhalation of benzene could occur and excessive dermal absorption of benzene could occur from working with and around their Products.

**3.9** Defendants failed to inform the users of their products that exposure to gasoline and that exposure to benzene from their Products Glen Beach were at an increased risk for developing cancer.

FIRST AMENDED COMPLAINT FOR DAMAGES – Page 10 of 17

WATERS KRAUS PAUL & SIEGEL LLC
3141 HOOD STREET, SUITE 700
DALLAS, TEXAS 75219
(214) 357-6244 - FACSIMILE (214) 357-7252

**3.10** Exposures to these Products, and Defendants' failures, actions, and inactions, as detailed herein, were a legal cause of Glen Beach's cancer.

## IV.  CAUSES OF ACTION

**4.1** At all times material hereto, Defendants manufactured, marketed, distributed and sold the Products in a condition which made them defective and unreasonably dangerous. Such defects were a producing cause of the Plaintiff's MDS and the damages sought herein. Additionally, Defendants had knowledge and access to information that the Products they designed, manufactured, marketed and sold possessed unreasonably dangerous qualities and characteristics. Defendants knew of such dangers but failed to provide adequate warnings or instructions for safe use. Defendants had access to information about the dangerous characteristics of their benzene-containing products which should have been disclosed to customers and end users of the Products, including but not limited to workers such as Glen Beach. Thus, Defendants are liable to Plaintiff for negligence, gross negligence, and strict liability for design defects, marketing defects, misrepresentation, and breach of warranty. All of the foregoing were producing or proximate causes of the Plaintiffs' damages.

**4.2** *Negligence and Gross Negligence*: Defendants, at all times material to this action had a duty to any and all consumers and end users, including Plaintiff, to exercise reasonable care in the creation, manufacturing, production, and distribution of their respective Products into the stream of commerce, including a duty to assure the products did not pose a significantly increased risk of injury, including, without limitation, leukemia. Defendants breached the duty owed to Plaintiff and were negligent as set forth below. Such

FIRST AMENDED COMPLAINT FOR DAMAGES – Page 11 of 17

WATERS KRAUS PAUL &
SIEGEL LLC
3141 HOOD STREET, SUITE 700
DALLAS, TEXAS 75219
(214) 357-6244 - FACSIMILE (214) 357-7252

acts and omissions constitute negligence and were a proximate cause of the illness, injuries and damages sustained by Plaintiff. Defendants had actual awareness of the extreme degree of risk associated with exposure to the carcinogenic and poisonous Products they utilized, manufactured, processed, and/or distributed, and nevertheless proceeded with conscious indifference to the rights, safety, and welfare of Plaintiff by failing to act to minimize or eliminate these risks.

a. Defendants knew that the products they utilized, distributed, marketed, and/or manufactured were deleterious, poisonous, carcinogenic, and highly harmful to the Plaintiffs body and health; notwithstanding which, Defendants failed to take any precautions or to warn the Plaintiff of the dangers and harm to which he was exposed while handling these products.

b. Defendants knew that products used by or in proximity to Plaintiff were carcinogenic, deleterious, and highly harmful to his body and health and that Plaintiff would not have known of such dangerous properties; notwithstanding which, the Defendants failed to provide the Plaintiff with sufficient knowledge as to what would be reasonably safe and sufficient wearing apparel and proper protective equipment and appliances to protect him from being damaged by exposure to such products.

c. Defendants knew that the Products used by or in proximity to Plaintiff contained carcinogenic and highly harmful substances to the human body and health; notwithstanding with, the Defendants failed to take any precautions or

FIRST AMENDED COMPLAINT FOR DAMAGES – Page 12 of 17

WATERS KRAUS PAUL & SIEGEL LLC
3141 HOOD STREET, SUITE 700
DALLAS, TEXAS 75219
(214) 357-6244 - FACSIMILE (214) 357-7252

       to exercise care by placing any warnings or cautions on the containers such Products or the Products themselves, or otherwise assure that warnings and cautions actually reached the Plaintiff and his employer, to warn the handlers thereof the dangers to health in coming into with these Products;

d.    The Defendants knew that the Products used by or in proximity to Plaintiff contained deleterious and carcinogenic substances; notwithstanding which, the Defendants failed to take reasonable care to warn the Plaintiff of said danger and/or instruct the Plaintiff in the proper handling of said products or to take proper precautions or exercise care to protect the Plaintiff from harm and failed to timely adopt and enforce a safely plan method of handling Products;

e.    Defendants knew or should have known that the Products that they introduced into the stream of commerce were carcinogenic and failed to adequately warn;

f.    Defendants supplied Products with marketing, design, and/or manufacturing defects;

g.    Such other acts or omissions of negligence gross negligence, malice and/or strict products liability that may be proven at trial.

**4.3**    *Strict Liability:*    The Products to which Plaintiff was exposed were designed, produced, manufactured, marketed, sold and/or otherwise put into the stream of commerce by Defendants, and were used for their intended purpose. The Products were not reasonably safe as designed. At the time of manufacture, the likelihood that the Products would cause the Plaintiff's harm or similar harms, and the seriousness of those harms,

FIRST AMENDED COMPLAINT
FOR DAMAGES – Page 13 of 17

WATERS KRAUS PAUL &
SIEGEL LLC
3141 HOOD STREET, SUITE 700
DALLAS, TEXAS 75219
(214) 357-6244 - FACSIMILE (214) 357-7252

outweighed the burden on the manufacturer to design a product that would have prevented those harms and the adverse effect that an alternative design that was practical and feasible would have on the usefulness of the product. The products were not reasonably safe because adequate warning or instructions were not provided with the product. At the time of manufacture, the likelihood that the product would cause the Plaintiff's harm or similar harms, and the seriousness of those harms, rendered the warnings or instructions of the manufacturer inadequate and the manufacturer could have provided adequate warnings or instructions. Defendants' failures rendered the Products unreasonably dangerous at the time they left the hands of the Defendants and were the proximate cause of the illness, injuries and damages sustained by the Plaintiff.

**4.4** *Breach of Warranty:* Defendants were merchants with respect to their benzene-containing Products. In connection with the manufacture, design, assembly, sales, supply, delivery, handling, marketing, advertising and instructing in the use of benzene-containing Products, Defendants warranted, either expressly or impliedly, that their Products were merchantable, when in fact they were not. These Products were unfit for the ordinary purposes or uses for which they were intended, including their use and handling by human beings. Further, these Defendants breached express and implied warranties under all applicable Washington state statutes and under common law.

## V. DAMAGES

**5.1** Plaintiffs have sustained the following damages as a result of the conduct of Defendants: Loss of consortium, physical pain and suffering, increased risk of death, further

FOR DAMAGES – Page 14 of 17

**WATERS KRAUS PAUL & SIEGEL LLC**
3141 HOOD STREET, SUITE 700
DALLAS, TEXAS 75219
(214) 357-6244 - FACSIMILE (214) 357-7252

illness, injury and disease, mental and emotional distress, loss of past and future wage income, lost future earning capacity, lost past and future medical and out of pocket expenses and other damages to be proven at trial.

**WHEREFORE**, Plaintiffs pray for judgment against each Defendant as follows:

    Judgment in such amount as will fully and fairly compensate Plaintiffs for the losses suffered as a result of the above-described conduct of the Defendants.

    Pre-judgment interest on these losses;

    Such reasonable attorneys fees as are authorized by law;

    All costs authorized by law;

    Such further relief as the Court or the jury deems just and equitable.

Respectfully submitted, this 7th day of May, 2025.

    WATERS KRAUS PAUL & SIEGEL

    */s/ Patrick J. Wigle*___
    Patrick J. Wigle, WSBA No. 63338
    3141 Hood Street, Suite 700
    Dallas, Texas 75219
    Phone: (214) 357-6244
    Fax: (214) 357-7252
    Pwigle@waterskraus.com

    ATTORNEYS FOR PLAINTIFFS

FIRST AMENDED COMPLAINT FOR DAMAGES – Page 15 of 17

WATERS KRAUS PAUL & SIEGEL LLC
3141 HOOD STREET, SUITE 700
DALLAS, TEXAS 75219
(214) 357-6244 - FACSIMILE (214) 357-7252

# CERTIFICATE OF SERVICE

I certify that on the date shown below I sent a copy of the foregoing via E-mail and King County ECR/e-service to the following:

**Counsel for Shell USA, Inc.:**
Nancy M. Erfle
Noah Gordon
**GORDON REES SCULLY MANSUKHANI LLP**
1300 SW Fifth Ave., Suite 2000
Portland, OR 97201
nerfle@grsm.com
ngordon@grsm.com
PORAsbestos@grsm.com

**Counsel for W.M. Barr & Company, Inc.:**
Steve Wraith
Tim Rosewell
**Lee Smart, P.S., Inc.**
701 Pike Street, Suite 1800
Seattle, WA 98101
206-624-7990
SGW@Leesmart.com
TJR@Leesmart.com
SR@Leesmart.com
MVS@Leesmart.com
KLS@Leesmart.com

**Anticipated Counsel for Texaco Inc. and Union Oil Company of California:**
Jennifer Bonneville
**Alston & Bird**
350 South Grand Avenue
51st Floor
Los Angeles, CA 90071
Jennifer.bonneville@alston.com

**Anticipated Counsel for The Savogran Company:**
Brian M. Ledger
**Gordon Rees Scully Mansukhani, LLP**
101 W. Broadway, Sute 2000
San Diego, CA 92101
bledger@grsm.com

FIRST AMENDED COMPLAINT
FOR DAMAGES – Page 16 of 17

WATERS KRAUS PAUL &
SIEGEL LLC
3141 HOOD STREET, SUITE 700
DALLAS, TEXAS 75219
(214) 357-6244 - FACSIMILE (214) 357-7252

DATED May 7, 2025.

        s/ Kelley Hathcock_____
Kelley Hathcock
Paralegal
Khathcock@waterskraus.com

FIRST AMENDED COMPLAINT
FOR DAMAGES – Page 17 of 17

**WATERS KRAUS PAUL & SIEGEL LLC**
3141 HOOD STREET, SUITE 700
DALLAS, TEXAS 75219
(214) 357-6244 - FACSIMILE (214) 357-7252