Hon. Jamal N. Whitehead

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GLEN BEACH AND TANA BEACH,<br><br>Plaintiffs,<br><br>v.<br><br>TEXACO INC.; BERRYMAN PRODUCTS, INC.; THE SAVOGRAN COMPANY; W.M. BARR & COMPANY, INC.; UNION OIL COMPANY OF CALIFORNIA, Successor-in-Interest to American Mineral Spirits Company; ASHLAND, INC.; ASHLAND CHEMCO, LLC; HOUGHTON CHEMICAL CORPORATION; UNITED STATES STEEL CORPORATION; SHELL US, INC.; UNIVAR SOLUTIONS USA, LLC; PPG INDUSTRIES, INC.; THE SHERWIN-WILLIAMS COMPANY, Successor-in-Interest to Dupli-Color, Inc.,<br><br>Defendants. | NO. 2:25-cv-01146-JNW<br><br>**ORDER FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL AS TO DEFENDANT W.M. BARR & COMPANY, INC.** |

This matter having come before the Court on the Stipulation Requesting Withdrawal and Substitution of Counsel as to Defendant W.M. Barr & Company, Inc. seeking leave for Steven G. Wraith and Timothy J. Rosewell of Lee Smart, P.S., Inc. to withdraw as counsel for Defendant

ORDER FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL AS TO DEFENDANT W.M. BARR & COMPANY, INC. - 1
(2:25-cv-01146-JNW)
4900-6539-7098.1

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, WA 98101-2380
(206) 628-6600

1  W.M. Barr & Company, Inc., and allowing Dana C. Kopij and Bryan Scholnick of Williams, Kastner & Gibbs PLLC to substitute in as counsel for Defendant W.M. Barr & Company, Inc., effective immediately, and the Court having considered the records and files herein, it is hereby:

ORDERED, ADJUDGED, and DECREED that Steven G. Wraith and Timothy J. Rosewell of Lee Smart, P.S., Inc. may withdraw as counsel of record for Defendant W.M. Barr & Company, Inc., and Dana C. Kopij and Bryan Scholnick of Williams, Kastner & Gibbs PLLC may substitute in as new counsel for Defendant W.M. Barr & Company, Inc.

DATED this 22nd day of September, 2025.

_____
THE HONORABLE JAMAL N. WHITEHEAD

*Approved as to form*:

WATERS, KRAUS, PAUL & SIEGEL, LLP

By  *s/Patrick J. Wigle*
    Patrick J. Wigle, Esq., WSBA No. 63338
    pwigle@waterskraus.com
    Charles Siegel, TX No. 18341875
    siegel@waterskraus.com

*Attorneys for Plaintiffs*

LEE SMART, P.S., INC.

By  *s/ Steven G. Wraith*
    Steven G. Wraith, WSBA No. 17364
    sgw@leesmart.com
    Timothy J. Rosewell, WSBA No. 54095
    tjr@leesmart.com

*Withdrawing Attorneys for Defendant W.M. Barr & Company, Inc*.

ORDER FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL AS TO DEFENDANT W.M. BARR & COMPANY, INC. - 2
(2:25-cv-01146-JNW)
4900-6539-7098.1

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, WA 98101-2380
(206) 628-6600

# CERTIFICATE OF SERVICE

The undersigned certifies under penalty of perjury under the laws of the State of Washington that on the below date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

*Counsel for Plaintiffs*
Patrick J. Wigle, Esq.
Charles Siegel
WATERS, KRAUS, PAUL & SIEGEL, LLP
3141 Hood Street, Suite 700
Dallas, TX 75219
(214) 357-6244
Email: pwigle@waterskraus.com
siegel@waterskraus.com

*Counsel for Texaco Inc. and Union Oil Company of California*
Jason Levin
Jennifer Bonneville
ALSTON & BIRD, LLP
350 South Grand Avenue, 51st Floor
Los Angeles, CA 90071
(213) 576-1000
Email: jason.levin@alston.com
jennifer.bonneville@alston.com

*Withdrawing Counsel for W.M. Barr & Company, Inc.*
Steven G. Wraith
Timothy J. Rosewell
LEE SMART, P.S., Inc.
701 Pike Street, Suite 1800
Seattle, WA 98101
(206) 624-7900
Email: sgw@leesmart.com
tjr@leesmart.com

*Counsel for Univar Solutions USA, LLC*
Kevin C. Baumgardner
Kristen F. Barnhart
CORR CRONIN, LLP
1015 Second Avenue, Floor 10
Seattle, WA 98101
(206) 625-8600
Email: kbaumgardner@corrcronin.com
kbarnhart@corrcronin.com

*Counsel for United States Steel Corporation*
Malika Johnson
Jade Part
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP
520 Pike Street, Suite 2350
Seattle, WA 98101
(206) 709-5900
Email: malika.johnson@wilsonelser.com
jade.park@wilsonelser.com
nwasbestos@wilsonelser.com

*Counsel for Shell USA, Inc.*
Nancy M. Eerfle
Noah Gordon
GORDON REES SCULLY MANSUKHANI
1300 SW Fifth Ave., Suite 2000
Portland, OR 97201
Email: nerfle@grsm.com
ngordon@grsm.com
porasbestos@grsm.com

CERTIFICATE OF SERVICE - 1

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, WA 98101-2380
(206) 628-6600

4900-6539-7098.1

| | |
|---|---|
| *Counsel for Texaco, Inc. Union Oil Company of California, Ashland Inc., PPG Industries, Inc., and The Sherwin-Williams Company incorrectly designated as "successor-in-interest to DUPLI-COLOR, INC.* | Counsel for Houghton Chemical Corporation |
| Barry N. Mesher | Rodney Umberger |
| LAW OFFICES OF BARRY N. MESHER LLC | Dirk Bernhardt |
| 1001 East 25th Street | WILLIAMS KASTNER & GIBBS, PLLC |
| Tacoma, WA 98421 | 601 Union Street, Suite 4000 |
| (206) 412-3690 | Seattle, WA 98101-2380 |
| Email: bnm@bnmesherlaw.com | Telephone: (206) 628-6600 |
| | Fax: (206) 628-6611 |
| | Email: rumberger@williamskastner.com |
| | dbernhradt@williamskastner.com |

*And*

P. Brennan Hart *PHV*
Christopher A. Iacono *PHV*
Alexander M. Owens *PHV*
PIETRAGALLO GORDON ALFANO BOSICK & RASPANTI, LLP
1818 Market Street, Suite 3402
Philadelphia, PA 19103
Telephone: (215) 320-6200
Fax: (215) 754-5174
Email: pbh@pietragallo.com
cai@pietragallo.com
amo@pietragallo.com

Signed at Seattle, Washington this 19th day of September, 2025.

*s/Jaimisha Steward*
Jaimisha Steward, Legal Assistant
Email: jsteward@williamskastner.com

CERTIFICATE OF SERVICE - 2

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, WA 98101-2380
(206) 628-6600

4900-6539-7098.1