UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GLEN BEACH and TANA BEACH,<br><br>  Plaintiffs,<br><br>  v.<br><br>TEXACO INC. et al.,<br><br>  Defendants. | CASE NO. 2:25-cv-01146-JNW<br><br>ORDER REMANDING CASE |

On December 22, 2025, the Court granted Plaintiffs' motion to amend to add a non-diverse Defendant. Dkt. No. 86. Plaintiffs filed their amended complaint that same day. Dkt. No. 87. Consistent with the Court's prior order, the Court finds that complete diversity is lacking and that no other basis for subject-matter jurisdiction exists. 28 U.S.C. § 1332. Accordingly, the Court REMANDS this matter to the King County Superior Court, effective fourteen (14) days from the date of this Order. *See* LCR 3(i). Defendant Houghton Chemical Corporation's Motion to Dismiss for lack of personal jurisdiction, Dkt. No. 20, is DENIED as MOOT.

1  Dated this 23rd day of December, 2025.

Jamal N. Whitehead
United States District Judge